FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2017

SEAN F. McAVOY, CLERK

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Silas Temens Peters   Case Number: 0980 2:12CR02062-EFS-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 19, 2013

Original Offense: Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153 and 2241(a)(5)

Original Sentence: Prison - 60 months   Type of Supervision: Supervised Release
TSR - 60 months

Asst. U.S. Attorney: Thomas J. Hanlon   Date Supervision Commenced: April 7, 2017

Defense Attorney: Federal Defenders Office   Date Supervision Expires: April 6, 2022

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: Mr. Peters failed to report to the probation office as directed on April 10, 2017.<br><br>On April 7, 2017, Mr. Peters reported to the probation office upon his release from custody. Conditions of supervision were reviewed and signed with the defendant. He was directed to report back to the probation office on April 10, 2017, to completed his supervision intake. As of April 13, 2017, Mr. Peters has failed to report as directed and his current whereabouts are unknown. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Peters failed to resolve an active warrant for Yakima Municipal Court cause number H00015540 as directed on April 10, 2017. |

On April 7, 2017, Mr. Peters reported to the probation office. He was advised of having active warrants from Yakima Municipal Court and King County District Court-South Division. He was directed to resolve one warrant at a time starting with the Yakima Municipal Court warrant. Mr. Peters agreed to resolve the Yakima Municipal Court warrant on April 10, 2017. He also agreed to report to the probation office on April 10, 2017, to complete his supervision intake. As of April 13, 2017, Mr. Peters has failed to resolve the Yakima Municipal Court warrant as directed.

3 **Special Condition # 19**: Defendant shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. Defendant shall provide verification of compliance with this requirement to the supervising officer.

**Supporting Evidence**: Mr. Peters has failed to register as a sex offender at the Yakima County Sheriff's Office as directed as of April 13, 2017.

On April 7, 2017, Mr. Peters reported to the probation office at which time conditions of supervision were reviewed and signed with the defendant. He was advised of his requirement to register with the Yakima County Sheriff's Office. As of April 13, 2017, Mr. Peters has failed to register as a sex offender with the Yakima County Sheriff's Office.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 14, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer
April 14, 2017

Date