# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Silas Temens Peters | Case Number: 0980 2:12CR02062-EFS-1 |
| Address of Offender: ▇ | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 19, 2013

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153 and 2241(a)(5) | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>5/23/2017 | Prison - 3 months<br>TSR - 56 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 4, 2017 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: April 3, 2022 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 11**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervision officer, but more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Peters tested positive for alcohol on August 7, 2017.<br><br>On August 4, 2017, Mr. Peters reviewed and signed supervised release conditions with U.S. Probation Officer Santana. On August 7, 2017, supervised release conditions were again reviewed and signed by Mr. Peters acknowledging his understanding of special condition number 11, which prohibits him from consuming alcohol. On this same date, Mr. Peters submitted to a Breathalyzer which test results returned with a .136 percent blood alcohol content using the ALCO-SENSOR III device. Mr. Peters then signed the admission/denial form admitting to having consumed alcohol the morning of August 7, 2017. |

        2        **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

        **Supporting Evidence**: Mr. Peters failed to report to the U.S. Probation Office as directed by his probation officer on August 11, 2017.

        On August 4, 2017, Mr. Peters reviewed and signed supervised release conditions with U.S. Probation Officer Santana. On August 7, 2017, supervised release conditions were again reviewed and signed by Mr. Peters acknowledging his understanding of standard condition number 3, which requires him to follow instructions of the probation officer. On August 8, 2017, Mr. Peters was directed to report back to the probation office on August 11, 2017. However, Mr. Peters failed to report as directed. Mr. Peters' current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 18, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

8-18-17

Date