PROB 12C
(6/16)

Report Date: November 8, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Silas Temens Peters, Jr. | Case Number: | 0980 2:12CR02062-EFS-1 |

Address of Offender: Last Known:                     Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 19, 2013

Original Offense:      Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153 and 2241(a)(5)

Original Sentence:      Prison - 60 months       Type of Supervision: Supervised Release
                            TSR - 60 months

Revocation Sentence: 5/23/2017      Prison - 3 months
                            TSR - 56 months

Asst. U.S. Attorney:    Thomas J. Hanlon      Date Supervision Commenced: August 4, 2017

Defense Attorney:    Jennifer Rebecca Barnes      Date Supervision Expires: April 3, 2022

## PETITIONING THE COURT

       **To issue a WARRANT and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 18, 2017.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must repot to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Peters failed to report as directed by his probation officer on November 6, 2017. |
| | On August 4, 2017, Mr. Peters reviewed and signed supervised release conditions with U.S. Probation Officer Santana.  On August 7, 2017, supervised release conditions were again reviewed and signed by Mr. Peters acknowledging his understanding of standard condition number 2, which requires him to follow the instructions of the probation officer. |
| | On October 30, 2017, Mr. Peters was directed to report back to the probation office on November 6, 2017, for his weekly check in.  Mr. Peters failed to report as directed and his current whereabouts are unknown. |

Prob12C
**Re: Peters Jr., Silas Temens**
**November 8, 2017**
**Page 2**

| | | |
|---|---|---|
| 4 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. | |

**Supporting Evidence**: Mr. Peters failed to report a change of residence as of November 8, 2017.

On August 4, 2017, Mr. Peters reviewed and signed supervised release conditions with U.S. Probation Officer Santana. On August 7, 2017, supervised release conditions were again reviewed and signed by Mr. Peters acknowledging his understanding of standard condition number 5, which requires him to notify the probation officer prior to any change in residence.

On October 24, 2017, Mr. Peters reported he would be staying at the Camp Hope Homeless Shelter in Yakima, Washington. On October 31, 2017, this officer made an attempt to contact Mr. Peters at Camp Hope. Camp Hope staff advised Mr. Peters did not return to the camp last night but they were expecting him that evening. A business card was left for Mr. Peters with instructions for him to contact this officer. On November 2, 2017, another attempt was made to contact Mr. Peters at Camp Hope. Staff advised Mr. Peters had not checked in since October 30, 2017. A second business card was left with Camp Hope staff directing Mr. Peters to contact this officer. As of this writing, Mr. Peters has failed to contact this officer and report a change of address. His current whereabouts are unknown.

5    **Special Condition # 9**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Peters failed to attend his drug and alcohol intake appointment at Comprehensive Healthcare on November 3, 2017.

On August 4, 2017, Mr. Peters reviewed and signed supervised release conditions with U.S. Probation Officer Santana. On August 7, 2017, supervised release conditions were again reviewed and signed by Mr. Peters acknowledging his understanding of special condition number 9, which requires him to participate in a substance abuse treatment program.

On October 30, 2017, Mr. Peters scheduled a drug and alcohol intake appointment at Comprehensive Healthcare for November 3, 2017, at 1 p.m. According to Comprehensive Healthcare staff, Mr. Peters was a no call/no show for his intake appointment.

6    **Mandatory Condition # 5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.

Prob12C
**Re: Peters Jr., Silas Temens**
**November 8, 2017**
**Page 3**

**<u>Supporting Evidence</u>**: Mr. Peters failed to register as a sex offender with the Yakima County Sheriff's Office as of November 8, 2017.

On August 4, 2017, Mr. Peters reviewed and signed supervised release conditions with U.S. Probation Officer Santana. On August 7, 2017, supervised release conditions were again reviewed and signed by Mr. Peters acknowledging his understanding of mandatory condition number 5, which requires him to register as a sex offender in the county where he resides.

On October 24, 2017, Mr. Peters was reminded of his sex offender registration requirements. He stated he would be going to the Yakima Sheriff's Office (YSO) to register this same date. On November 8, 2017, staff from YSO confirmed Mr. Peters had not registered as a sex offender with their office.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 8, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

November 8, 2017
Date