Report Date: October 23, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Silas Temens Peters | Case Number: 0980 2:12CR02062-EFS-1 |
| Address of Offender: | Yakima, Washington 98901 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 19, 2013

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153 and 2241(a)(5) | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>May 23, 2017 | Prison - 3 months<br>TSR - 56 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 4, 2017 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: April 3, 2022 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 18, 2017, and November 8, 2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Peters is alleged to have committed a new offense of Failure to Register as a Sex Offender in the Eastern District of Washington, cause number 1:18-CR-2054-EFS on or before September 11, 2018.<br><br>On August 4, 2017, Mr. Peters reviewed and signed supervised release conditions with U.S. Probation Officer Santana. On August 7, 2017, supervised release conditions were again reviewed and signed by Mr. Peters acknowledging his understanding of mandatory condition number 1.<br><br>On September 11, 2018, an indictment was filed charging Mr. Peters with Failure to Register as a Sex Offender in the United States District Court for the Eastern District of Washington, |

       cause number 1:18-CR-2054-EFS.  According to Court documents, Mr. Peters has entered a guilty plea and is scheduled for sentencing on this new matter on October 30, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 23, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

October 25, 2018

Date